# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Roe JC 7, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE GLENDORA STAKE also known as THE CHURCH OF JESUS <br><br> Defendants. | Case No. 2:24-cv-08672 MEMF-E <br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DISCOVERY MATTER** <br> Magistrate Judge: Charles F. Eick <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: January 22, 2025

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE